FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

PD-0587-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/28/2015 11:30:39 AM
Accepted 9/30/2015 9:19:38 AM
ABEL ACOSTA
CLERK

No. PD-0587-15

IN THE COURT OF CRIMINAL APPEALS
THE STATE OF TEXAS

| | | |
|---|---|---|
| ANDREW OLEVIA JONES | § | |
| | § | |
| vs. | § | Case No. 01-14-00501-CR |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION TO EXTEND TIME TO FILE BRIEF ON PETITION

To the honorable justices of this Court:

Appellant Andrew Olevia Jones moves the Court for an extension of time to file his brief on his petition for discretionary review until and including October 9, 2015, and shows:

1. This Court granted review on August 26, 2015
2. Mr. Jones has made no previous requests for extension.

In view of the foregoing, Mr. Jones moves the Court to extend the time to file his brief on his petition for discretionary review until and including October 9, 2015.

Respectfully submitted,
**Alexander Bunin**
Chief, Harris County Public Defender's Office

/s/ Melissa Martin
_____
Melissa Martin
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was e-served to Alan Curry, Assistant District Attorney, Harris County Texas for the state and to the State Prosecuting Attorney.

`

/s/ *Melissa Martin*

_____

Melissa Martin